In the Matter of the Application of GRACE H. HENLEY, to Have Her Registration as an Attorney as GRACE H. JONES, Changed to Her Married Name, GRACE H. HENLEY.— Application to change registration of Grace H. Jones, an attorney, to Grace H. Henley, granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

HAROLD REYNOLDS, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for leave to perfect appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application for an Order to Review Made by CHARLES F. NIELD, Petitioner, against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MARGARET LEVY, Respondent, against WORLD-TELEGRAM and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent. (Disability Claim.) In the Matter of the Claim of MARGARET LEVY, Respondent, against WORLD-TELEGRAM and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent. (Death Claim.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.